GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
State Bar No. 025608
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

FILED
2021 APR 28 PM 6:13
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-00882 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 113(a)(3) and 1153<br>Assault with a Dangerous Weapon<br>Counts 1-3 |
| John Enos William Mendez, | 18 U.S.C. §§ 113(a)(6) and 1153<br>Assault Resulting in Serious Bodily Injury |
| Defendant. | Counts 4-5 |

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about December 29, 2018, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, JOHN ENOS WILLIAM MENDEZ, an Indian, did intentionally and knowingly assault A.W., Sr. with a dangerous weapon, that is a large stick, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

### COUNT 2

On or about December 29, 2018, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, JOHN ENOS WILLIAM MENDEZ, an Indian, did intentionally and knowingly assault L.W., Sr. with a dangerous weapon, that is a large stick, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 3

On or about December 29, 2018, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, JOHN ENOS WILLIAM MENDEZ, an Indian, did intentionally and knowingly assault H.J. with a dangerous weapon, that is a large stick, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 4

On or about December 29, 2018, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, JOHN ENOS WILLIAM MENDEZ, an Indian, did intentionally, knowingly, and recklessly assault L.W., Sr., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## COUNT 5

On or about December 29, 2018, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, JOHN ENOS WILLIAM MENDEZ, an Indian, did intentionally, knowingly, and recklessly assault H.J., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 28, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

FRANCES M. KREAMER HOPE
Assistant U.S. Attorney

*United States of America v. John Enos William Mendez*
*Indictment Page 2 of 2*

REDACTED FOR
PUBLIC FILING